JS - 6

**FILED: 2/17/15**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Thu Thi Nguyen*,   Plaintiff,   v.   *Wells Fargo Bank N.A., et al.*   Defendants. | CASE NO. CV 14-9397-GHK (RZx)   JUDGMENT |

Pursuant to the Court's February 17, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 17, 2015

_____
GEORGE H. KING
Chief United States District Judge